# DECLARATION

I, Jason LeVecke, declare under penalty of perjury that the following is true and correct.

1. I am over the age of 18 and am a resident of Maricopa County, Arizona.

2. I have personal knowledge of the matters stated in this Declaration.

3. I am a member of several of the business associations that have brought the legal actions to challenge the constitutionality of the Legal Arizona Workers Act.

4. I am the CEO of MJKL Enterprises which is a franchisee of Carl's Jr. Restaurants.

5. My company owns and operates 57 restaurants in the State of Arizona and employs approximately 1,100 employees..

6. My company has always done its utmost to comply with federal immigration laws in the employment of our employees. We have trained our personnel on the proper procedures for I-9 forms and conscientiously require proper documentation in satisfaction of I-9 requirements for all newly hired employees.

7. As a result of the enactment of the Legal Arizona Workers Act, our company hired a full-time immigration compliance officer. That employee's sole duty is to monitor and ensure compliance with immigration laws.

8. Our company has investigated the costs of enrolling and participating in the E-Verify system. We have determined that it will cost more than $60,000 for our company to enroll in the E-Verify program.

9. The reason for the high cost for my company to participate in the E-Verify program is that hiring and immigration compliance is done at each restaurant location. Applicants and newly-hired employees do not report to a central location in my company.

10. My restaurants do not have computers that may be used to access the E-Verify system on the Internet. The requirements of credit card processing companies is that the computers used in the restaurants to process credit card transactions cannot be equipped to have access to the Internet. Consequently, my company would have to purchase new, dedicated computers with Internet capabilities at each restaurant.

11. Since the passage of the Legal Arizona Workers Act, the Latino employees at my restaurants have reported that they have been subjected to vulgar, vile, vicious, verbal abuse by persons accusing them of not being in the country legally and threatening to report them to authorities. There was a marked increase in such abusive, hostile and harassing conduct directed at our Latino employees this fall, with all of the attendant publicity regarding the enactment of the Arizona employer sanctions immigration legislation.

12.     As a result of the Legal Arizona Workers Act, I have curtailed plans to open new restaurants in Arizona. My company has decided to open new locations in other states rather than in Arizona because of the costs and risks created by the Legal Arizona Workers Act.

DATED this _17_ day of December, 2007.

_____
Jason LeVecke