**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES**

Phoenix Division

**CV07-2496-PHX-NVW**   DATE: January 16, 2008

HON: NEIL V. WAKE   Judge # 7032

Caption: Arizona Contractors Association, Inc., et. al. v. Criss Candelaria, et. al.

Deputy Clerk: Sandi Fredlund   Crt Rptr/ECR: Laurie Adams

Plaintiffs' counsel: Jonathan Weissglass, Kristina Campbell, Karen Tumlin, Omar C. Jadwat, and Daniel J. Pochoda for the Valle Del Sol Plaintiffs; Paul Eckstein, Joel Nomkin, and Charles Blanchard for Plaintiff Wake Up Arizona! Inc.; and, Louis R. Moffa, Jr., David A. Selden, and Heidi Nunn-Gilman for the remaining Plaintiffs

Defendants' counsel: Mary O'Grady and Christopher Munns for the State Defendants; Eileen GilBride for the Maricopa County Attorney; Roger Hall for Apache, Cochise, Gila, Graham, Greenlee, LaPaz, Mohave, Navajo, Santa Cruz, and Yavapai County Attorneys; Michael Lessler for the Coconino County Attorney; Daniel Jurkowitz for the Pima County Attorney; and Chris Roll for the Pinal County Attorney
================================================================================
Defendant Yuma County Attorney Jon Smith is not present and his counsel is not present.

1:30 p.m. This is the time set for Trial and Injunction Hearing. Plaintiffs present argument to the Court. 3:00 p.m. Recess.

3:21 p.m. Hearing resumes. Plaintiffs continue to present argument. Defendants present argument to the Court. Rebuttal argument by Plaintiffs.

The County Attorney Defendants agree that no enforcement proceeding will be brought earlier than March 1, 2008 and that, if for any reason, any county attorney thought it appropriate and possible to do otherwise, they would give advance notice to the Court and to the Plaintiffs in sufficient time for the Plaintiffs to apply to the Court to rule on a Temporary Restraining Order. The Court takes the issues under advisement. 5:00 p.m. Court adjourned.

Time in Court: 3 hrs, 9 mins.